IN THE SUPREME COURT OF TEXAS

 No. 04-0607

 IN RE THE JOHN G. & MARIE STELLA KENEDY MEMORIAL FOUNDATION

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency temporary relief, filed July 7,
2004, is granted. The order dated January 29, 2004, in Cause No. 395,
styled In Re Estate of John G. Kenedy, Jr. et al., and the order dated
June 18, 2004, in Cause No. 395, 395A, 395B, 395C, styled In The Estates of
John G. Kenedy, Jr., Elena Suess Kenedy, and Sarita Kenedy East, Deceased,
in the Kenedy County Probate Court of Kenedy County, Texas, are stayed
pending further order of this Court.

 Done at the City of Austin, this July 08, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk